OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 08. 2015

6/29/2015
JOHNSON, BRANDON CHRISTOPHER      Tr. Ct. No. C-213-010486-1382807-A
WR-83,524-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



RTS

BRANDON CHRISTOPHER JOHNSON
HUTCHINS UNIT - TDC # 1987644      U TF
1500 E. LANGDON RD.

Discharged